IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STRAIGHT ARROW PRODUCTS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE MANE CHOICE HAIR SOLUTION LLC | : | NO. 20-4722 |

**O R D E R**

AND NOW, this 6th day of October, 2021, upon consideration of Plaintiff's Motion to Compel Discovery Responses, docketed in the above-captioned matter as Document No. 48, and Defendant's response thereto, it is HEREBY ORDERED that Plaintiff's Motion to Compel Discovery Responses is GRANTED IN PART and DENIED IN PART as follows:

1. Plaintiff's Interrogatory No. 3 is reformatted to consist of Interrogatory Nos. 3-11 as set forth in my Order of this date;

2. Defendant is directed to answer Plaintiff's Interrogatories 3-25, as they have now been reformatted (i.e., Defendant need not respond to the re-formatted Interrogatories 26-32);

3. Defendant's responses to Plaintiff's new Interrogatories 3-25 are due on or before DECEMBER 6, 2021.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE